IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODERICK LESHUN RANKIN                                            PETITIONER

No. 5:06-CV-00228 JMM

LARRY NORRIS, Director,                                           RESPONDENT
Arkansas Department of Correction

ORDER

Petitioner's Motion to Consolidate Case Number 5:06-MC-00001 WRW, and all Matters Pending Thereunder, with the Instant Case is hereby granted [Doc. No. 11].

IT IS SO ORDERED, this 2 day of April, 2007.

*[signature]*

United States District Court Judge