IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODERICK LESHUN RANKIN                                              PETITIONER

No. 5:06-CV-00228 JMM

LARRY NORRIS, Director,                                              RESPONDENT
Arkansas Department of Correction

### ORDER

On April 2, 2007, the Court entered an Order consolidating Case Number 5:06-MC-00001 WRW with the instant Case. Prior to consolidation, Petitioner filed a Motion for Leave to File *Memorandum of Law* [Doc. No. 8] and a Motion for Discovery [Doc. No. 9] in his miscellaneous case, Case Number 5:06-MC-00001 WRW.

Petitioner is directed to file these motions with the instant case and serve Respondent accordingly.

IT IS SO ORDERED, this 17 day of April, 2007.

_____
United States District Court Judge