IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| RODERICK LESHUN RANKIN, | CIVIL ACTION |
| Petitioner, | NO. 5:06-cv-00228-JMM |
| v. | **THIS IS A CAPITAL CASE** |
| LARRY NORRIS, Director, Arkansas Department of Correction, | Electronically Filed |
| Respondent. | Honorable James M. Moody, U.S.D.J. |

## ORDER

AND NOW, this ___15___ day of ___May___, 2007, it is hereby ORDERED and DECREED that Petitioner's Renewed Motion for Discovery is GRANTED. The Respondents are to make the requested material available to Petitioner and his counsel within a reasonable period of time, not to exceed 120 days, from the entry of this Order.

By the Court,

_____
James M. Moody, U.S.D.J.