IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODERICK LESHUN RANKIN                                                    PETITIONER

No. 5:06-CV-00228 JMM

LARRY NORRIS, Director,                                                   RESPONDENT
Arkansas Department of Correction

## ORDER

At Respondent's request, a telephonic hearing was held today regarding discovery in the above-styled case. *See Rankin v. Norris*, 5:06-CV-00228 JMM [Doc. No. 20]. The Court announced its ruling on the record during the hearing.

On April 18, 2007, Petitioner filed a renewed motion to conduct discovery. [Doc. No. 14]. On May 15, 2007, the Court granted Petitioner's request to conduct discovery. [Doc. No. 19]. When the Court entered its Order permitting discovery, Respondent had not yet filed a response to the motion for discovery. Respondent may file a response to Petitioner's motion on or before July 9, 2007. Thereafter, Petitioner may file a reply to the Respondent's response.

As of this date, Petitioner has sent out one discovery request to the Pine Bluff Police Department. Discovery will be suspended until the parties have filed final responses and the court enters its order regarding discovery. This suspension includes the one outstanding discovery request to the Pine Bluff Police Department.

IT IS SO ORDERED, this 12 day of June, 2007.

United States District Court Judge