IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 1 1 2009

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

| | | |
|---|---|---|
| RODERICK LESHUN RANKIN, | : | CIVIL ACTION |
| | : | |
| Petitioner, | : | NO. 5:06-cv-00228-JMM |
| | : | |
| v. | : | **THIS IS A CAPITAL CASE** |
| | : | |
| LARRY NORRIS, Director, | : | Electronically Filed |
| Arkansas Department of Correction, | : | |
| | : | Honorable  James M. Moody, |
| Respondent. | : | U.S.D.J. |
| | : | |

### ORDER

AND NOW, this ⁢ 11 ⁢ day of ⁢ Dec ⁢ , 2009, upon consideration of Petitioner's Motion to Temporarily Reopen Proceedings for the Limited Purpose of Preserving Testimony Under Fed. R. Civ. P. 27, it is hereby ORDERED that:

1.      The Motion is GRANTED.

2.      The parties shall confer and agree upon a time and place for the proposed deposition.

3.      When the proposed deposition is completed, Petitioner shall notify the Court and make the deposition part of the record.

By the Court,

James M. Moody, U.S.D.J.