# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

### THIS IS A CAPITAL CASE

**RODERICK LESHUN RANKIN**                                             **PETITIONER**

vs.                                      **5:06-cv-00228-JM**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                     **RESPONDENT**

### JUDGMENT

Pursuant to the Order entered separately today, Rankin's amended petition for a writ of *habeas corpus* is dismissed with prejudice.

SO ORDERED this 22nd day of February, 2023.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE